MAY 21 2026 AM8:41
FILED - USDC - FLMD - TPA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CARL MARTIN KNISLEY-DESMOND,   **Case No.**
  Plaintiff,                    **8:26-cv-01340-KKM-TGW**

v.

HON. KIMBERLY SHARPE BYRD, in her
official capacity as Administrative Judge,
Sixth Judicial Circuit,
  and
NIKKI ALVAREZ-SOWLES, in her official
capacity as Clerk of the Circuit Court
and Comptroller, Pasco County, Florida,
  Defendants.

_____/

### PLAINTIFF'S NOTICE OF SERVICE OF PROCESS

Plaintiff Carl Martin Knisley-Desmond hereby provides notice to the Court, pursuant to the Court's Endorsed Order of May 7, 2026 (Doc. 8), that service of process upon Defendants has been effected. The Court's May 7, 2026 Order directed: "In accordance with Local Rule 6.01(c), the plaintiff is directed to serve on the defendants the summons, the complaint, this order, and each paper filed in support of the motion for a temporary restraining order and preliminary injunction no later than May 22, 2026." Doc. 8. The Court further directed that "[t]he plaintiff is directed to file a notice informing the Court when he has served the defendants." *Id.*

Service of process and of all required papers was effected as follows:

**Defendant Nikki Alvarez-Sowles,** in her official capacity as Clerk of the Circuit Court and Comptroller, Pasco County, Florida, was served on May 14, 2026, at 1:15 PM, at the West Pasco Government Center, 7530 Little Road, New Port Richey, Florida 34654, by delivery to Paula Hopson Stanley, an individual of suitable age and discretion present at the place of service, in conformity with service on a state officer under Fed. R. Civ. P. 4(j)(2)(B) and Fla. R. Civ. P. 1.070(b). The Proof of Service is attached as Exhibit A. Tracking No. 0223334987.

**Defendant Hon. Kimberly Sharpe Byrd,** in her official capacity as Administrative Judge of the Sixth Judicial Circuit of Florida, was personally served on May 15, 2026, at 10:35 AM, at the West Pasco Government Center, 7530 Little Road, New Port Richey, Florida 34654, in conformity with Fed. R. Civ. P. 4(e)(2)(A). The Proof of Service is attached as Exhibit B. Tracking No. 0223502379.

The following documents were served upon each Defendant in conformity with the Court's Order of May 7, 2026 (Doc. 8): (1) Summons; (2) First Amended Verified Complaint for Declaratory and Injunctive Relief (Doc. 10); (3) Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2); (4) Sworn Financial Declaration in Support of Motion for Temporary Restraining Order (Doc. 3); (5) Plaintiff's Preemptive Analysis of Anticipated Defense Motion to Dismiss and Plaintiff's Response to Each Ground (Doc. 4); (6) Endorsed Order of May 7, 2026 (Doc. 8); (7) Notice of a Related

Action; (8) Certificate of Interested Persons and Corporate Disclosure Statement; (9) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; (10) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge; (11) Order on the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program (Doc. 9); (12) Stipulated Consent to IDEAL Program and to Magistrate Judge Authority; and (13) Exhibits.

Service was effected upon both Defendants prior to the Court's May 22, 2026 deadline (Doc. 8). The Court's deadline for Defendants' response to Plaintiff's Motion for a Preliminary Injunction is June 5, 2026. *Id.*

Plaintiff submits this notice solely to comply with the Court's prior directive (Doc. 8) and acknowledges the Court's Endorsed Order of May 20, 2026 (Doc. 35). This notice is informational and does not request any relief.

DATED: May 21, 2026

Respectfully submitted,

/s/ Carl Martin Knisley-Desmond
CARL MARTIN KNISLEY-DESMOND
P.O. Box 43
Elfers, FL 34680
(727) 261-3708
legalmatters777@gmail.com
Plaintiff, pro se

## CERTIFICATE OF SERVICE

3

I HEREBY CERTIFY that on May 21, 2026, I delivered the foregoing Plaintiff's Notice of Service of Process, with attached Exhibits A and B, to the Clerk of Court for the United States District Court for the Middle District of Florida, Tampa Division, by United States Mail, postage prepaid, addressed to the Clerk of Court at 801 N. Florida Avenue, Tampa, Florida 33602. Defendants have been served with process as described herein but have not yet appeared in this action. Until an appearance is entered, the duty under Fed. R. Civ. P. 5(a)(1) to serve subsequent papers on counsel has not yet attached.

/s/ Carl Martin Knisley-Desmond
CARL MARTIN KNISLEY-DESMOND

4

# EXHIBIT A

Proof of Service - Defendant Nikki Alvarez-Sowles (May 14, 2026)

Case No. 8:26-cv-01340-KKM-TGW
Plaintiff's Notice of Service of Process

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **8:26-cv-01340-KKM-TGW**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Nikki Alvarez-Sowles, Esq., in her official capacity as Clerk & Comptroller**
was received by me on   **5/14/2026:**

☐ I personally served the **SUMMONS; EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PLAINTIFF'S SWORN FINANCIAL DECLARATION IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR WAIVER OF SECURITY BOND PURSUANT TO FED;**

☒ **PLAINTIFF'S PREEMPTIVE ANALYSIS OF ANTICIPATED DEFENSE MOTION TO DISMISS AND PLAINTIFF'S RESPONSE TO EACH GROUND; ENDORSED ORDER; NOTICE OF A RELATED ACTION; CERTIFICATE OF INTERESTED PERSONS AND CORPORATE  DISCLOSURE STATEMENT; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A  MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE; ORDER ON THE INEXPENSIVE DETERMINATION,   EFFICIENT, AND**

☐ **ABBREVIATED LITIGATION (IDEAL) PROGRAM; STIPULATED CONSENT TO IDEAL PROGRAM AND TO MAGISTRATE JUDGE AUTHORITY; FIRST AMENDED VERIFIED  COMPLAINT FOR DECLARATORY  AND INJUNCTIVE RELIEF; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with **Paula Hopson Stanley**, a person of suitable

☐ age and discretion who resides at **7530 Little Rd, New Port Richey, FL 34654**, on **05/14/2026 at 1:15 PM**, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

I returned the summons unexecuted because ; or

Other *(specify)*

My fees are $ 0 for travel and **$ 141.00** for services, for a total of **$ 141.00.**

I declare under penalty of perjury that this information is true.

Date:  05/14/2026

_____
Server's signature

**Carlos Serrano**
*Printed name and title*

**5230 Land O Lakes Blvd.,
#662
Land O Lakes, FL 34639**

_____
*Server's address*

Additional information regarding attempted service, etc:




Tracking #: 0223334987

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.   **8:26-cv-01340-KKM-TGW**

**I delivered the documents, SUMMONS; EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PLAINTIFF'S SWORN FINANCIAL DECLARATION IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR WAIVER OF SECURITY BOND PURSUANT TO FED; PLAINTIFF'S PREEMPTIVE ANALYSIS OF ANTICIPATED DEFENSE MOTION TO DISMISS AND PLAINTIFF'S RESPONSE TO EACH GROUND; ENDORSED ORDER; NOTICE OF A RELATED ACTION; CERTIFICATE OF INTERESTED PERSONS AND CORPORATE  DISCLOSURE STATEMENT; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A  MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE  MOTION TO A MAGISTRATE JUDGE; ORDER ON THE INEXPENSIVE DETERMINATION,  EFFICIENT, AND ABBREVIATED LITIGATION (IDEAL) PROGRAM; STIPULATED CONSENT TO IDEAL PROGRAM AND TO  MAGISTRATE JUDGE AUTHORITY; FIRST AMENDED VERIFIED  COMPLAINT FOR DECLARATORY  AND INJUNCTIVE RELIEF; EXHIBITS,  to Paula Hopson Stanley who identified themselves as the liaison, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses.**





Tracking #: 0223334987