MAY 26 2026 AM 10:32
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CARL MARTIN KNISLEY-DESMOND,
  Plaintiff,

v.

HON. KIMBERLY SHARPE BYRD, in her official capacity as Administrative Judge, Sixth Judicial Circuit, and NIKKI ALVAREZ-SOWLES, in her official capacity as Clerk of the Circuit Court and Comptroller, Pasco County, Florida,

  Defendants.

_____/

**Case No. 8:26-cv-01340-KKM-TGW**

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY UNDER LOCAL RULE 3.01(j) AND DESIGNATION OF OPERATIVE RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, proceeding pro se, respectfully files this notice under Local Rule 3.01(j) to clarify the record concerning his response to the Order to Show Cause and to identify authority bearing on the jurisdictional and abstention issues already presented in Doc. 37.

On May 21, 2026, two versions of Plaintiff's response to the Order to Show Cause were inadvertently delivered to the Clerk and docketed as Doc. 36

and Doc. 37.

Plaintiff respectfully designates **Doc. 37** as the operative response and requests that the Court disregard Doc. 36.

Plaintiff further clarifies that any inconsistent references in Doc. 37 to a later signature date or to service by mail were clerical carryovers from an earlier draft and do not reflect the actual filing method.

Plaintiff signed and personally delivered Doc. 37 to the Clerk on May 21, 2026.

Pursuant to Local Rule 3.01(j), Plaintiff submits the following supplemental authorities, each of which bears directly on the jurisdictional and

legislative or executive action, and that abstention remains the exception rather than the rule. *New Orleans Public Service, Inc. v. Council of City of New Orleans*, 491 U.S. 350 (1989) (*NOPSI*). Plaintiff respectfully submits that *NOPSI* bears directly on the Younger abstention analysis addressed in Doc. 37, and specifically on the question of whether Younger requires deference to state proceedings reviewing the Clerk's administrative implementation of the ePortal filing system.

Plaintiff further confirms that the July 16, 2026 state-court hearing referenced in the docket is a separate proceeding for which Plaintiff seeks no relief in this action.

WHEREFORE, Plaintiff respectfully requests that the Court (1) treat

Dated: May 26, 2026.

Respectfully submitted,

/s/ Carl Martin Knisley-Desmond

**CARL MARTIN KNISLEY-DESMOND**

P.O. Box 43

Elfers, FL 34680

Telephone: (727) 261-3708

Email: legalmatters777@gmail.com

*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2026, I delivered the foregoing to the Clerk of Court for filing by personal delivery.

/s/ Carl Martin Knisley-Desmond

**CARL MARTIN KNISLEY-DESMOND**

4